UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-51-T-23TBM

DAVID HERNANDEZ
_____/

**FORFEITURE MONEY JUDGMENT**

David Hernandez pleaded guilty to Count Three of the indictment charging possession with the intent to distribute "50 (fifty) grams or more of a mixture and substance containing a detectable amount of cocaine base," and the United States has established that Hernandez obtained $2,900 in proceeds as a result of that offense.

The United States moves (Doc. 25), pursuant to 21 U.S.C. § 853 and Rule 32.2(b), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment in the amount of $2,900.00, which at sentencing, shall be a final order of forfeiture as to Hernandez. The motion for entry of a forfeiture money judgment is **GRANTED**. Pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Hernandez is personally liable for a forfeiture money judgment in the amount of $2,900.00.

As substitute assets in satisfaction of this judgment, the United States may seek forfeiture of any of the defendant's property up to the value of the $2,900.00 money judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that the United States may seek as substitute assets.

ORDERED in Tampa, Florida, on June 11, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE